**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| CHAMBERS OF<br>CATHERINE C. BLAKE<br>UNITED STATES DISTRICT JUDGE | U.S. COURTHOUSE<br>101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-3220<br>Fax (410) 962-6836 |

July 7, 2009

LETTER TO COUNSEL RE:    *EEOC and Christopher Fultz v. Rite Aid Corp.*,
Civil No. CCB-08-2576

Dear Counsel:

      I have considered your recent letters and our discussion by conference call June 30, 2009. Because the inspection by the plaintiff's expert could have been done at the time of the first visit, it is reasonable to alleviate the burden on Rite Aid of permitting a second inspection by requiring the plaintiffs to pay the reasonable attorney's fees for one Rite Aid counsel to be present during the second visit; further, if plaintiffs prevail, they may not seek to recover fees for the time spent during the second visit. On those conditions, the plaintiff's request for entry upon land for inspection, served June 12, 2009, is **Granted**.

      Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely yours,

/s/

Catherine C. Blake
United States District Judge