IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | : | |
| | : | |
| v. | : | CIVIL NO. CCB-08-2576 |
| | : | |
| CHRISTOPHER FULTZ and RITE AID CORPORATION | : | |

...o0o...

## **ORDER**

Motions in limine were considered and ruled on orally at a hearing in court on September 27, 2011.  Accordingly, the following motions are terminated for docketing purposes:  ECF Nos. 105-108, 110-117, 120, and 121.  The motions to seal related to sensitive personal information (ECF Nos. 109 and 119) are **Granted**.

**SO ORDERED** this   9th   day of February, 2012.

                                                                       /s/
                                                            Catherine C. Blake
                                                            United States District Judge